IN THE UNITED STATES BANKRUPTCY COURT OF THE
SOUTHERN DISTRICT OF ALABAMA

IN RE:
LEONARD RUSSELL, JR AND KIMBERLY R RUSSELL      CASE NO. 13-03925

DEBTORS.

## ORDER

THIS CASE came before the Court upon a motion by debtor's objection to claim #2 filed by Jefferson Capital systems LLC (Doc.14).

1. The Objection is sustained reducing the unsecured claim to $0.

**DONE AND ORDERED**.

Dated:   February 6, 2014

WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE