IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

LEONARD RUSSELL, JR AND
KIMBERLY R RUSSELL                                CASE NO. 13-03925

DEBTORS.

## ORDER

This matter came before the Court upon Debtors' Motion to Incur New Debt. After consideration of the facts of the motion and noting no objections, the Motion is hereby **GRANTED**.

Therefore, it is **ORDERED** that Debtors are allowed to purchase a 2003 Honda Accord from Skoglund Imports LLC for $8,754.56 with monthly payments of $319.28 for 41 months and with an interest rate of 24.99%. In the event the Debtors are not able to secure financing on the specific vehicle identified herein or financing from the specific lender identified herein, the Debtors are allowed to purchase any vehicle financed by any party on the same general terms and conditions as provided for herein.

Dated:   August 4, 2014

WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE