IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE: | * | |
| --- | --- | --- |
| | * | Case Number: 13-03925 WSS |
| LEONARD RUSSELL, JR. | * | |
| KIMBERLY RUSSELL | * | |
| | * | Chapter 13 |
| Debtors | * | |

## ORDER

This matter is before the Court of Counsel's Application to Employ James D. Patterson, of the firm of Underwood & Riemer, PC in Mobile, Alabama as special counsel in connection with Debtor's claims against Jefferson Capital Systems, LLC and Palisades Collection, L.L.C. for violations of the Fair Debt Collections Practices Act (FDCPA). Noting no objection, the Court finds that the Application is due to be **APPROVED**.

Therefore, it is **ORDERED** that the Counsel's Application to Employ is hereby **GRANTED**.

Dated: September 8, 2014

WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE